Brown
— v —
Oldham

17-2015

JOHN T. FOWLKES, JR.

Brown
— v —
Oldham

17-2015

DIANE K. VESCOVO