IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CORTEZ D. BROWN, DEONTAE TATE, and
JEREMY S. MELTON   on behalf of themselves
and  all similarly situated persons,

      Plaintiffs,

vs.

BILL OLDHAM, in his individual capacity and in
his official capacity as the Sheriff of Shelby
County, Tennessee; et al.

      Defendant.

Civil Action No.:
2:17-cv-02015
Jury Demanded

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Odell Horton, Jr., hereby appears for and will represent the interests of Defendants Bill Oldham, Sheriff of Shelby County, Robert Moore, Charlene McGhee, and Debra Hammons, in their individual and official capacities.  By the appearance of counsel, Defendants do not waive any procedural right, substantive right, immunity, or defense they have or may have herein.

Respectfully submitted,

*s/Odell Horton, Jr.*
Odell Horton, Jr. (#12426)
WYATT, TARRANT & COMBS, LLP
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120-4367
Phone:  901.537.1000
Facsimile:  901.537.1010

*ATTORNEY FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

The foregoing document was filed via the Court's CM/ECF system, automatically effecting service on counsel of record for all other parties to this action, on this 26th day of January, 2017.

*s/Odell Horton, Jr.*
Odell Horton, Jr.

61583788.1