IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN SECTION OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **Cortez D. Brown, Deontae Tate, and Jeremy S. Melton on behalf of themselves and all similarly situated persons,** | Case No. 17-cv-02015 |
|     PLAINTIFFS, | |
| v. | CLASS ACCTION COMPLAINT FOR VIOLATIONS OF THE CIVIL RIGHTS ACT OF 1871, 42 U.S.C. § 1983, AND TENNESSEE COMMON LAW |
| **Bill Oldham, in his individual capacity And in his official capacity as the Sherriff Of Shelby County, Tennessee; Robert Moore, in his individual capacity and in his official capacity as the Jail Director of Shelby County, Tennessee; Charlene McGhee, in her individual capacity and in Her official capacity as the Assistant of Chief Jail Security of Shelby County, Tennessee; Debra Hammons, in her individual capacity and in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; Shelby County, Tennessee, a Tennessee Municipality; and Tyler Technologies, Inc., a foreign corporation,** | JURY TRIAL DEMANDED PURSUANT TO FED. R. CIV. PRO. 38(a) & (b) |
|     DEFENDANTS | |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Joseph S. Ozment, and appears as counsel on behalf of the Plaintiffs in the above styled cause.

Respectfully Submitted,

/s/Joseph S. Ozment
Joseph S. Ozment #15601
Attorney for the Defendant
212 Adams Ave
Memphis, TN 38103
Tel. (901) 525-4357
Fax (901) 888-6826
Email: Jozment@oz-law.net

CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading has been mailed to Kathryn W. Pascover of the Shelby County Attorney's Office, Attorney for the Defendant, at the following address: 160 N. Main Street, Suite 950, Memphis, TN 38103 on January 26, 2017.

/s/Joseph S. Ozment
JOSEPH S. OZMENT