# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

**CORTEZ D. BROWN, DEONTAE TATE,** and **JEREMY S. MELTON** on behalf of themselves and all similarly situated persons,

    Plaintiffs,

v.

**BILL OLDHAM,** in his individual capacity and in his official capacity as the Sheriff of Shelby County, Tennessee; **ROBERT MOORE,** in his individual capacity and in his official capacity as the Jail Director of the Shelby County, Tennessee; **CHARLENE McGHEE,** in her individual capacity and in her official capacity as the of Assistant Chief Jail Security of Shelby County, Tennessee; **DEBRA HAMMONS,** in her individual capacity and in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; **SHELBY COUNTY, TENNESSEE,** a Tennessee municipality; and **TYLER TECHNOLOGIES, INC.,** a foreign corporation,

    Defendants.

Civil Action No.:  2:17-cv-02015
Jury Demanded

## CERTIFICATE OF CONSULTATION BY COUNSEL

Pursuant to Local Rule 7.2 (a)(1)(B), the undersigned counsel for Defendants Oldham, Moore, McGhee, Hammons and Shelby County, Tennessee and Tyler Technologies, Inc. certifies as follows:

1. On January 25, 2017, Robert Craddock, Jr., counsel for Oldham, Moore, McGhee, Hammons and Shelby County, Tennessee spoke with Frank Watson, III, attorney for Plaintiffs by telephone.

2. Mr. Craddock requested an extension of time from February 7, 2017 to March 8, 2017 to file a responsive pleading in this matter.

3. Mr. Watson stated he agreed to this extension of time.

4. On January 26, 2017, Bradley E. Trammell, counsel for Tyler Technologies, Inc., spoke with Frank Watson, III, attorney for Plaintiffs by telephone.

5. Mr. Trammell requested an extension of time from February 3, 2017 to March 8, 2017 to file a responsive pleading in this matter.

6. Mr. Watson stated he agreed to this extension of time.

Respectfully submitted,

/s/Odell Horton, Jr.
Odell Horton, Jr. (# 12426)
WYATT, TARRANT & COMBS, LLP
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120-4367
901-537-1000
ohorton@wyattfirm.com

*ATTORNEY FOR DEFENDANTS*
Sheriff Oldham, Moore, McGhee, Hammons and Shelby County, Tennessee

/s/Bradley E. Trammell
Bradley E. Trammell (# 13980)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
901-577-2121
btrammell@bakerdonelson.com

*ATTORNEY FOR DEFENDANT*
Tyler Technologies, Inc.

## CERTIFICATE OF SERVICE

The foregoing document was filed via the Court's CM/ECF system, automatically effecting service on counsel of record for all other parties to this action, on this 27th day of January, 2017.

/s/Odell Horton, Jr.
Odell Horton, Jr.

61587203.2