IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**CORTEZ D. BROWN, DEONTAE TATE,**
and **JEREMY S. MELTON** on behalf of
themselves and all similarly situated persons,

    Plaintiffs,

v.                                                                          Civil Action No.:  2:17-cv-02015-JTF-dkv

**BILL OLDHAM, in his individual capacity
and in his official capacity as the Sheriff of
Shelby County, Tennessee; ROBERT
MOORE, in his individual capacity and in
his official capacity as the Jail Director of
the Shelby County, Tennessee; CHARLENE
McGHEE, in her individual capacity and in
her official capacity as the of Assistant Chief
Jail Security of Shelby County, Tennessee;
DEBRA HAMMONS, in her individual
capacity and in her official capacity as the
Assistant Chief of Jail Programs of Shelby
County, Tennessee; SHELBY COUNTY,
TENNESSEE, a Tennessee municipality;
and TYLER TECHNOLOGIES, INC., a
foreign corporation,**

    Defendants.

**ORDER GRANTING DEFENDANTS SHERIFF OLDHAM, MOORE, MCGHEE,
HAMMONS AND SHELBY COUNTY, TENNESSEE AND TYLER TECHNOLOGIES,
INC.'S JOINT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE
RESPOND TO COMPLAINT**

    Before the Court is the January 27, 2017 unopposed joint motion of Defendants Sheriff

Oldham, Moore, McGhee, Hammons and Shelby County, Tennessee and Tyler Technologies,

Inc. for an extension of time to answer or otherwise respond to the complaint filed on January 27, 2017.  (ECF No. 23).   For good cause shown, the motion is GRANTED.  Defendants Sheriff Oldham, Moore, McGhee, Hammons and Shelby County, Tennessee and Tyler Technologies, Inc. shall have until March 8, 2017 to file a responsive pleading.

    **IT IS SO ORDERED** this 30th day of January, 2017.

                                                       *s/John T. Fowlkes, Jr.*
                                                       JOHN T. FOWLKES, JR.
                                                       UNITED STATES DISTRICT JUDGE