IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **CORTEZ D. BROWN, DEONTAE TATE,** and **JEREMY S. MELTON** on behalf of themselves and all similarly situated persons,<br><br>    Plaintiffs,<br><br>v.<br><br>**BILL OLDHAM,** in his individual capacity and in his official capacity as the Sheriff of Shelby County, Tennessee; **ROBERT MOORE,** in his individual capacity and in his official capacity as the Jail Director of the Shelby County, Tennessee; **CHARLENE McGHEE,** in her individual capacity and in her official capacity as the of Assistant Chief Jail Security of Shelby County, Tennessee; **DEBRA HAMMONS,** in her individual capacity and in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; **SHELBY COUNTY, TENNESSEE,** a Tennessee municipality; and **TYLER TECHNOLOGIES, INC.,** a foreign corporation,<br><br>    Defendants. | Civil Action No.:  2:17-cv-02015<br>Jury Demanded |

## NOTICE OF APPEARANCE

COMES NOW Defendant Tyler Technologies, Inc. ("Defendant"), and hereby gives notice that it will be represented by the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. as follows:

Bradley E. Trammell (TN #13980)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone:  (901) 577-2121
Facsimile:  (901) 577-0781
Email:  btrammell@bakerdonelson.com

All pleadings and notices should be forwarded to the above-mentioned counsel on behalf of Defendant Tyler Technologies, Inc.

    Respectfully submitted,

    s/ Bradley E. Trammell
    Bradley E. Trammell (TN #13980)
    BAKER, DONELSON, BEARMAN,
    CALDWELL & BERKOWITZ, P.C.
    165 Madison Avenue, Suite 2000
    Memphis, Tennessee 38103
    Telephone:  (901) 577-2121
    Facsimile:  (901) 577-0781
    Email:  btrammell@bakerdonelson.com

    *Counsel for Defendant*
    *Tyler Technologies, Inc.*

## **CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that on this 30th day of January, 2017, a copy of the foregoing document will be served electronically through the Court's CM/ECF system and/or by email to:

Frank L. Watson, III, Esq.
WATSON BURNS, LLC
253 Adams Avenue
Memphis, Tennessee 38103
Email: fwatson@watsonburns.com

Lorna S. McClusky, Esq.
MASSEY, MCCLUSKY, MCCLUSKY & FUCHS
3074 East Road
Memphis, Tennessee 38128
Email: lsmcclusky@gmail.com

Joseph S. Ozment, Esq.
THE LAW OFFICE OF JOSEPH S. OZMENT, PLLC
1448 Madison Avenue
Memphis, Tennessee 38104
Email: jozment@oz-law.net

Robert E. Craddock, Jr., Esq.
Robert L. Crawford, Esq.
Odell Horton, Jr., Esq.
WYATT TARRANT & COMBS-Memphis
1715 Aaron Brenner Drive, Suite 800
Memphis, Tennessee 38120
Email: rcraddock@wyattfirm.com
Email: lcrawford@wyattfirm.com
Email  ohorton@wyattfirm.com

       s/ Bradley E. Trammell

4818-2370-6177 v1
2616900-007081 01/30/2017