IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CORTEZ D. BROWN, DEONTAE TATE, and JEREMY S. MELTON on behalf of themselves and all similarly situated persons,<br><br>    Plaintiffs,<br><br>v.<br><br>BILL OLDHAM, in his individual capacity and in his official capacity as the Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity and in his official capacity as the Jail Director of Shelby County, Tennessee; CHARLENE McGHEE, in her individual capacity and in her official capacity as the Assistant Chief of Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity and in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; and TYLER TECHNOLOGIES, INC., a foreign corporation,<br><br>    Defendants. | Civil Action No.:  2:17-cv-02015<br>Jury Demanded |

**NOTICE OF APPEARANCE OF COUNSEL**
**FOR DEFENDANTS SHELBY COUNTY, BILL OLDHAM, ROBERT MOORE,**
**CHARLENE MCGHEE, AN DEBRA HAMMONS**

    PLEASE TAKE NOTICE that E. Lee Whitwell of the Shelby County Attorney's Office hereby appears for and will represent the interests of Defendants Shelby County, Bill Oldham, Robert Moore, Charlene McGhee, and Debra

Hammons (collectively "Shelby County Defendants") in this civil action. By the appearance of counsel, the Shelby County Defendants do not waive any procedural right, substantive right, immunity, or defense they have or may have. This Notice is being filed for the purpose of notifying the Court and the other parties of the representation.

        Respectfully submitted,

        */s/ E. Lee Whitwell*
        E. LEE WHITWELL (#33622)
        lee.whitwell@shelbycountytn.gov
        SHELBY COUNTY ATTORNEY'S OFFICE
        160 North Main Street, Suite 950
        Memphis, TN  38103
        (901) 222-2100

        *Attorney for Shelby County Defendants*

Certificate of Service

I certify that the foregoing is being filed via the Court's ECF system this 1st day of February, 2017, for service on all persons registered in connection with this case, including:

Frank Watson
Watson Burns, PLLC
253 Adams Avenue
Memphis, TN 38104
fwatson@watsonburns.com

Joseph Ozment
The Law Office of Joseph Ozment, PLLC
1448 Madison Ave.
Memphis, TN 38104
jozment@oz-law.net

Lorna McClusky
Massey, McClusky, McClusky & Fuchs
3074 East Road
Memphis, TN 38128
lsmcclusky@gmail.com

*Attorneys for Plaintiffs*

Bradley Trammell
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
165 Madison Avenue, Suite 2000
Memphis, TN 38103
btrammell@bakerdonelson.com

*Attorney for Defendant Tyler Technologies, Inc.*

*/s/ E. Lee Whitwell*