# EXHIBIT A

## **EXHIBIT A**

| | |
|---|---|
| United States Court of Appeals for the Fifth Circuit | 2010 |
| United States Court of Appeals for the Second Circuit | 2012 |
| United States District Court for the Northern District of Texas | 1996 |
| United States District Court for the Western District of Texas | 1999 |
| United States District Court for the Southern District of Texas | 2001 |
| United States District Court for the Eastern District of Texas | 2014 |