# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

CORTEZ D. BROWN, DEONTAE TATE,
and JEREMY S. MELTON on behalf of
themselves and all similarly situated persons,

    Plaintiffs,

v.

BILL OLDHAM, in his individual capacity
and in his official capacity as the Sheriff of
Shelby County, Tennessee; ROBERT
MOORE, in his individual capacity and in
his official capacity as the Jail Director of
the Shelby County, Tennessee; CHARLENE
McGHEE, in her individual capacity and in
her official capacity as the of Assistant Chief
Jail Security of Shelby County, Tennessee;
DEBRA HAMMONS, in her individual
capacity and in her official capacity as the
Assistant Chief of Jail Programs of Shelby
County, Tennessee; SHELBY COUNTY,
TENNESSEE, a Tennessee municipality;
and TYLER TECHNOLOGIES, INC., a
foreign corporation,

    Defendants.

Civil No.: 2:17-cv-02015-JTF-dkv

## ORDER GRANTING MOTION FOR ADMISSION
## *PRO HAC VICE* OF BETH B. PETRONIO

Before the Court is the motion of Beth B. Petronio for leave to appear and participate *pro hac vice* as counsel for Defendant Tyler Technologies, Inc. in the above-captioned cause. (ECF

No. 30). Upon review of the application and the accompanying documents, the Court finds the motion should be Granted.

**IT IS SO ORDERED** on this 16th day of February, 2015.

*s/John T. Fowlkes, Jr*.
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE
