IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **CORTEZ D. BROWN, DEONTAE TATE,** and **JEREMY S. MELTON**, on behalf of themselves and all similarly situated persons, <br><br>    Plaintiffs, <br><br> v. <br><br> **BILL OLDHAM**, in his individual capacity and in his official capacity as the Sheriff of Shelby County, Tennessee; **ROBERT MOORE**, in his individual capacity and in his official capacity as the Jail Director of the Shelby County, Tennessee; **CHARLENE McGHEE**, in her individual capacity and in her official capacity as the of Assistant Chief Jail Security of Shelby County, Tennessee; **DEBRA HAMMONS**, in her individual capacity and in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; **SHELBY COUNTY, TENNESSEE**, a Tennessee municipality; and **TYLER TECHNOLOGIES, INC.**, a foreign corporation, <br><br>    Defendants. | CASE No.:  2:17-cv-02015-JTF-dkv |

**ORDER TRANSFERRING CASE**

Before the Court is the parties' joint request that this case be transferred to the Honorable Samuel H. Mays, Jr. for possible consolidation with another related matter, Case No. 16-2907, *Issacca Powell v. Bill Oldham,* pending before His Honor. For good cause shown, the Clerk is

directed to reassign this case to U.S. District Judge Samuel H. Mays, Jr. in exchange for another case.

      **IT IS SO ORDERED** on this 22nd day of February, 2017.

                                    *s/John T. Fowlkes, Jr.*
                                    JOHN T. FOWLKES, JR.
                                    UNITED STATES DISTRICT JUDGE