17-2015

Brown
-v-
Oldham
et. al.

SAMUEL H. MAYS, JR.