## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

ISSACCA POWELL, individually and as
representatives of a class of all similarly
situated individuals,

               Plaintiffs,

v.

BILL OLDHAM, Sheriff of Shelby County,
individually and in his official capacity,

               Defendant.

Civil No. 2:16-cv-2907-SHM/tmp

CORTEZ D. BROWN, DEONTAE TATE,
and JEREMY S. MELTON on behalf of
themselves and all similarly situated persons,

               Plaintiffs,

v.

BILL OLDHAM, in his individual capacity
and in his official capacity as the Sheriff of
Shelby County, Tennessee; ROBERT
MOORE, in his individual capacity and in
his official capacity as the Jail Director of
the Shelby County, Tennessee; CHARLENE
McGHEE, in her individual capacity and in
her official capacity as the of Assistant Chief
Jail Security of Shelby County, Tennessee;
DEBRA HAMMONS, in her individual
capacity and in her official capacity as the
Assistant Chief of Jail Programs of Shelby
County, Tennessee; SHELBY COUNTY,
TENNESSEE, a Tennessee municipality;
and TYLER TECHNOLOGIES, INC., a
foreign corporation,

               Defendants.

Civil No.  2:17-cv-2015-SHM/dkv

## ORDER GRANTING MOTION TO CONSOLIDATE CASES

**THIS MATTER** came before the Court on defendants Bill Oldham, individually and in

his official capacity as Sheriff of Shelby County, Robert Moore, individually and in his official

capacity as Jail Director of Shelby County, Charline McGhee, individually and in her official capacity as Assistant Chief Jail Security of Shelby County, Debra Hammons, individually and in her official capacity as Assistant Chief of Jail Programs of Shelby County, and Shelby County, Tennessee's (collectively, "Shelby County") March 9, 2017 motion to consolidate and request for expedited scheduling conference.  For good cause shown, the motion is **GRANTED**.

      **IT IS THEREFORE ORDERED** that:

1. The motion to consolidate cases filed in Case No. 17-2015 on February 28, 2017 (D.E. 34) is moot;

2. The case styled as *Issacca Powell v. Bill Oldham*, Case No. 2:16-cv-2907, shall be consolidated with the case styled as *Cortez D. Brown, et al. v. Bill Oldham, et al.,* Case No. 2:17-cv-02015;

3. The consolidated action shall proceed in this Court under Case No. 2:16-cv-2907;

4. These cases shall be consolidated for all purposes;

5. No response from any defendant in either case will be due March 8, 2017;

6. Plaintiffs shall file one consolidated complaint by Friday, March 24, 2017;

7. Each defendant named in the consolidated complaint shall file a response pursuant to the Federal Rules of Civil Procedure;

8. Plaintiffs may file an amended consolidated complaint, without leave of Court, within 21 days of the defendants' response; and

9. The parties shall abide by the Scheduling Order entered on February 22, 2017 in Case No. 16-2907 (D.E. 37) with these modifications.

SO ORDERED this 13th day of March, 2017.


          *s/  Samuel H. Mays, Jr.*
          SAMUEL H. MAYS, JR.
          UNITED STATES DISTRICT JUDGE