**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

**SCOTT TURNAGE, CORTEZ D. BROWN,**
**DEONTAE TATE, JEREMY S. MELTON,**
**ISSACCA POWELL, KEITH BURGESS and**
**TRAVIS BOYD on behalf of themselves and**
**all similarly situated persons,**

      **Plaintiffs,**

**v.**

**BILL OLDHAM, in his individual capacity**
**and in his official capacity as the Sheriff of**
**Shelby County, Tennessee; ROBERT**
**MOORE, in his individual capacity and in**
**his official capacity as the Jail Director of**
**the Shelby County, Tennessee; CHARLENE**
**McGHEE, in her individual capacity and in**
**her official capacity as the of Assistant Chief**
**Jail Security of Shelby County, Tennessee;**
**DEBRA HAMMONS, in her individual**
**capacity and in her official capacity as the**
**Assistant Chief of Jail Programs of Shelby**
**County, Tennessee; SHELBY COUNTY,**
**TENNESSEE, a Tennessee municipality;**
**and TYLER TECHNOLOGIES, INC., a**
**foreign corporation,**

      **Defendants.**

**Case No. 2:16-cv-02097-SHM/tmp**

**Consolidated with**
**Case No.:  2:17-cv-02015-JTF-dkv**

---

**DEFENDANT TYLER TECHNOLOGIES, INC.'S MOTION TO DISMISS**
**AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

---

      Defendant Tyler Technologies, Inc. ("Tyler") moves this Court to dismiss the Amended

Consolidated Class Action Complaint for failure to state a claim pursuant to Federal Rule of

Civil Procedure 12(b)(6).  Plaintiffs bring only one claim of negligence against Tyler.  Plaintiffs'

conclusory allegations are not sufficient to state a claim for negligence against Tyler as a matter

of law.  In addition, the negligence claim is precluded by the economic loss doctrine.  Tyler

relies upon a memorandum in support of its Motion to Dismiss submitted contemporaneously

herewith.

WHEREFORE, Tyler moves this Court to grant its Motion to Dismiss and for other such

relief to which it may be entitled.

Dated:  April 13, 2017

Respectfully submitted,


*s/Bradley E. Trammell*
Bradley E. Trammell (# 13980)
**BAKER DONELSON BEARMAN CALDWELL
& BERKOWITZ**
165 Madison Ave.  Ste. 2000
Memphis, TN 38103
Telephone: 901-526-2000
btrammell@bakerdonelson.com

Beth Bivans Petronio (admitted *pro hac vice*)
Texas Bar No. 00797664
**K&L GATES, LLP**
1717 Main Street, Suite 2800
Dallas, Texas 75201
Telephone: (214) 939-5500
beth.petronio@klgates.com

**COUNSEL FOR TYLER
TECHNOLOGIES, INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that on April 13, 2017, a true and correct copy of the foregoing document was forwarded by electronic means through the Court's ECF System and/or email to:

Frank L. Watson , III
WATSON BURNS, LLC
253 Adams Ave
Memphis, TN 38103

Michael G. McLaren
William E. Cochran, Jr.
Brice M. Timmons
BLACK McLAREN JONES RYLAND
& GRIFFEE PC
530 Oak Court Drive, Suite 360
Memphis, TN  38117

*Counsel for Plaintiffs*

Joseph S. Ozment
THE LAW OFFICE OF JOSEPH S.
OZMENT, PLLC
1448 Madison Ave.
Memphis, TN 38104

Claiborne Ferguson
THE CLAIBORNE FERGUSON LAW
FIRM P.A.
294 Washington Avenue
Memphis, TN  38103

*Counsel for Plaintiffs*

Robert E. Craddock , Jr.
Odell Horton, Jr.
Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177-5000

*Counsel for Defendants Sheriff Bill Oldham,
Jail Programmer Debra Hammons, Chief
Jailor Robert Moore, Assistant Jailor
Charlene McGhee, and Shelby County,
Tennessee*

Emmett Lee Whitwell
Shelby County Attorney's Office
160 N. Main Street
Suite 950
Memphis, TN 38103

*Counsel for Defendants Sheriff Bill Oldham,
Jail Programmer Debra Hammons, Chief
Jailor Robert Moore, Assistant Jailor
Charlene McGhee, and Shelby County,
Tennessee*

<u>s/ Bradley E. Trammell</u>
Bradley E. Trammell

3