IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SCOTT TURNAGE, CORTEZ D. BROWN, DEONTAE TATE, JEREMY S. MELTON, ISSACCA POWELL, KEITH BURGESS, TRAVIS BOYD, and TERRANCE DRAIN on behalf of themselves and all similarly situated persons, | |
| Plaintiffs, | Case No. 2:16-cv-02907-SHM/tmp |
| v. | Consolidated with<br>Case No.: 2:17-cv-02015-JTF-dkv |
| BILL OLDHAM, in his individual capacity and in his official capacity as the Sheriff of Shelby County, Tennessee; ROBERT MOORE, in his individual capacity and in his official capacity as the Jail Director of the Shelby County, Tennessee; CHARLENE McGHEE, in her individual capacity and in her official capacity as the of Assistant Chief Jail Security of Shelby County, Tennessee; DEBRA HAMMONS, in her individual capacity and in her official capacity as the Assistant Chief of Jail Programs of Shelby County, Tennessee; SHELBY COUNTY, TENNESSEE, a Tennessee municipality; and TYLER TECHNOLOGIES, INC., a foreign corporation, | |
| Defendants. | |

**DEFENDANT TYLER TECHNOLOGIES, INC.'S MOTION TO DISMISS
SECOND AMENDED CLASS ACTION COMPLAINT**

Defendant Tyler Technologies, Inc. ("Tyler") moves this Court to dismiss the Second

Amended Class Action Complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).  Plaintiffs bring only one claim of negligence against Tyler.  Plaintiffs' conclusory allegations are not sufficient to state a claim for negligence against Tyler as a matter of law.  In addition, the negligence claim is precluded by the economic loss doctrine.  Tyler relies upon a memorandum in support of its Motion to Dismiss submitted contemporaneously herewith.

WHEREFORE, Tyler moves this Court to grant its Motion to Dismiss and for other such relief to which it may be entitled.

Dated:  May 26, 2017

        Respectfully submitted,

        *s/ Bradley E. Trammell*
        Bradley E. Trammell (# 13980)
        **BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ**
        165 Madison Ave.  Ste. 2000
        Memphis, TN 38103
        Telephone: 901-526-2000
        btrammell@bakerdonelson.com

        Beth Bivans Petronio (admitted *pro hac vice*)
        Texas Bar No. 00797664
        **K&L GATES, LLP**
        1717 Main Street, Suite 2800
        Dallas, Texas 75201
        Telephone: (214) 939-5500
        beth.petronio@klgates.com

        **COUNSEL FOR TYLER TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

     The undersigned attorney hereby certifies that on May 26, 2017, a true and correct copy of the foregoing document was forwarded by electronic means through the Court's ECF System and/or email to:

Frank L. Watson , III
WATSON BURNS, LLC
253 Adams Ave
Memphis, TN 38103

Michael G. McLaren
William E. Cochran, Jr.
Brice M. Timmons
BLACK McLAREN JONES RYLAND
& GRIFFEE PC
530 Oak Court Drive, Suite 360
Memphis, TN  38117

*Counsel for Plaintiffs*

Joseph S. Ozment
THE LAW OFFICE OF JOSEPH S. OZMENT, PLLC
1448 Madison Ave.
Memphis, TN 38104

Claiborne Ferguson
THE CLAIBORNE FERGUSON LAW FIRM P.A.
294 Washington Avenue
Memphis, TN  38103

*Counsel for Plaintiffs*

Robert E. Craddock , Jr.
Odell Horton, Jr.
Amber Floyd
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177-5000

*Counsel for Defendants Sheriff Bill Oldham, Jail Programmer Debra Hammons, Chief Jailor Robert Moore, Assistant Jailor Charlene McGhee, and Shelby County, Tennessee*

Emmett Lee Whitwell
Shelby County Attorney's Office
160 N. Main Street
Suite 950
Memphis, TN 38103

*Counsel for Defendants Sheriff Bill Oldham, Jail Programmer Debra Hammons, Chief Jailor Robert Moore, Assistant Jailor Charlene McGhee, and Shelby County, Tennessee*

         *s/ Bradley E. Trammell*
         Bradley E. Trammell